[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 2, 2008
THOMAS K. KAHN
CLERK

————————————————

No. 07-14449
Non-Argument Calendar

————————————————

D.C. Docket No. 07-20171-CR-DLG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BULMARO CARAPIA-GARCIA,

Defendant-Appellant.

————————————————

Appeal from the United States District Court for the
Southern District of Florida

————————————————

**(June 2, 2008)**

Before BLACK, PRYOR and COX, Circuit Judges.

PER CURIAM:

Sheryl J. Lowenthal, appointed counsel for Bulmaro Carapia-Garcia in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Carapia-Garcia's conviction and sentence are **AFFIRMED**.